SCWC-29483

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

GALE SCUDDER,
Respondent/Plaintiff/Counterclaim Defendant-Appellant,
vs.
FRANK PIERCE, III; NANCY STEINECKE;
and E KOMO MAI SPORT HORSES, LLC,
Petitioners/Defendants/Counterclaimants-Appellees,
and
DAVID W. LACY; LACY and JACKSON, LLLC, et al., Defendants

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29483; CIV. NO. 06-1-0187)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge Nishimura, in place of Acoba, J., recused)

        Petitioners/Defendants/Counterclaimants-Appellees Frank

Pierce, III; Nancy Steinecke; and E Komo Mai Sport Horses, LLC's

Application for Writ of Certiorari, filed on December 30, 2013,

is hereby rejected.

        DATED: Honolulu, Hawai‘i, January 23, 2014.


Robert D. S. Kim           /s/ Mark E. Recktenwald
for petitioners

                   /s/ Paula A. Nakayama
William J. Rosdil and
Peter Van Name Esser    /s/ Sabrina S. McKenna
for respondents

                   /s/ Richard W. Pollack

                   /s/ Rhonda A. Nishimura

